Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

CV-49 (05/98)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO DE GUEVARRA<br><br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09-06732-RGK (PJWx)<br><br>JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S) |

This action came on for jury trial, the Honorable R. GARY KLAUSNER District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

CLAUDIO DE GUEVARRA

recover of the defendant(s):

BRANDON LOVE

the sum of nine cents _____, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: September 9, 2010        By S. Williams
                                    Deputy Clerk

At: Los Angeles, California

cc: *Counsel of record*

CV-49 (05/98)        JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)